IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOHYUN KIM, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

L'ORÉAL USA S/D, INC.,

Defendant.

No. 2:25-cv-02568-JHC

STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, TO DISMISS

NOTE ON MOTION CALENDAR: May 1, 2026

Under Local Civil Rule 10(g), Plaintiff Sohyun Kim ("Plaintiff") and Defendant L'Oréal USA S/D, Inc. ("L'Oréal") stipulate and agree as follows:

1.      On October 13, 2025, Plaintiff filed her Complaint in the Superior Court for Snohomish County, Case No. 25-2-10335-31.  Dkt. 1, Ex. B.

2.      Plaintiff served the Summons and Complaint on L'Oréal's registered agent on November 24, 2025.  Dkt. 1, Ex. A.

3.      L'Oréal timely removed to this Court on December 15, 2025.  *See* Dkt. 1.

4.      Under Federal Rule of Civil Procedure 81(c)(2)(C), L'Oréal's responsive pleading was due on December 22, 2025.

STIP. MOTION AND ORDER RE:
BRIEFING SCHEDULE   RE: MOTION TO DISMISS    – 1
(No. 2:25-cv-02568-JHC)

5.      The Court granted the Parties' initial Stipulated Motion to Extend Time to Respond to Complaint, extending L'Oréal's responsive pleading deadline to February 13, 2026 and setting attendant briefing deadlines.  Dkt. 10.

6.      On February 3, 2026, the Court set the deadline for the Rule 26(f) conference for February 17, 2026; the initial disclosure deadline for March 3, 2026; and the Combined Joint Status Report and Discovery Plan deadline for March 10, 2026.  Dkt. 11.

7.      On February 5, 2026, the Court granted the Parties' Stipulated Motion Regarding Response to Complaint, extending L'Oréal's responsive pleading deadline to March 6, 2026, setting attendant briefing deadlines, and continuing the Rule 26(f) conference, the initial disclosure deadline, and the Combined Joint Status Report and Discovery Plan deadline until after the Court resolves any challenges to the pleadings.  Dkt. 15.

8.      On March 6, 2026, Plaintiff filed her First Amended Complaint.  Dkt. 16.

9.      On March 9, 2026, the Court granted the Parties' Stipulated Motion Regarding Response to First Amended Complaint, extending L'Oréal's responsive pleading deadline to March 27, 2026, setting attendant briefing deadlines, and continuing the Rule 26(f) conference, the initial disclosure deadline, and the Combined Joint Status Report and Discovery Plan deadline until after the Court resolves any challenges to the pleadings.  Dkt. 18.

10.     On March 20, 2026, the Court granted the Parties' Stipulated Motion Regarding Response to First Amended Complaint, extending L'Oréal's responsive pleading deadline to April 3, 2026, setting attendant briefing deadlines, and holding in abeyance the Rule 26(f) conference, the initial disclosure deadline, and the Combined Joint Status Report and Discovery Plan deadline until the Court resolves any challenges to the pleadings. Dkt. 20.

11.     On April 3, 2026, L'Oréal filed its Motion to Transfer Venue or, Alternatively, to Dismiss ("Motion"). Dkt. 21.

12.     The Parties have conferred and agreed, and the Parties now stipulate (subject to Court approval) to extend the briefing schedule by one additional week:

a.    Plaintiff shall have up to and including May 8, 2026, to file any opposition to L'Oréal's Motion; and

b.    L'Oréal shall have up to and including June 12, 2026, to file any reply to Plaintiff's opposition.

13.    The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines. Two directly relevant opinions of the U.S. District Court for the Eastern District of Washington were issued on April 28, 2026, which requires Plaintiff to alter the argument she will advance in her opposition to L'Oréal's Motion.

14.    The Parties have sought four prior extensions of the responsive pleading deadline in relation to the First Amended Complaint.  *See* Dkts. 9–10; Dkts. 14–15; Dkts. 17–18; Dkts. 19–20. However, this is the first request for extension related to Plaintiff's deadline specifically.

SO STIPULATED this 1st day of May, 2026.

JOHANNESSEN LAW, PLLC

By: *s/ Ellery Johannessen*
    Ellery Johannessen
    5400 California Ave. SW, Suite B
    Seattle, WA 98136
    Tel: (206) 594-0500
    Email: ellery@eaj-law.com

    Jeffrey C. Toppe, *pro hac vice*
    The Toppe Firm, LLC
    4900 O'Hear Avenue, Suite 100
    North Charleston, SC 29405
    Tel: (323) 909-2011
    Email: jct@toppefirm.com

**Attorneys for Plaintiff Sohyun Kim**

DAVIS WRIGHT TREMAINE LLP

By: *s/ John Goldmark*
    John Goldmark, WSBA #40980
    Caitlyn Courtney, WSBA #62344
    Alec Zatirka, WSBA #63873
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: 206-622-3150
    Email: johngoldmark@dwt.com
          caitlyncourtney@dwt.com
          aleczatirka@dwt.com

**Attorneys for Defendant L'Oréal USA S/D, Inc.**

STIP. MOTION AND ORDER RE:
BRIEFING SCHEDULE   RE: MOTION TO DISMISS    – 3
(No. 2:25-cv-02568-JHC)

For good cause shown, the Court GRANTS the Parties' stipulated motion and sets the following briefing schedule:

1.    Plaintiff shall have up to and including May 8, 2026, to file any opposition to L'Oréal's Motion to Transfer Venue or, Alternatively, to Dismiss; and

2.    L'Oréal shall have up to and including June 12, 2026, to file any reply to Plaintiff's opposition;

The Court DIRECTS the Clerk to re-note the motion at Dkt. # 21 for June 12, 2026.

IT IS SO ORDERED this 1st day of May, 2026.


John H. Chun
UNITED STATES DISTRICT JUDGE

STIP. MOTION AND ORDER RE:
BRIEFING SCHEDULE   RE: MOTION TO DISMISS    – 4
(No. 2:25-cv-02568-JHC)